# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

ALICE M. REPA,

        Plaintiff,

        v.                               Case No. 03-C-1071

ROADWAY EXPRESS, INC.,

        Defendant.

---

        This action came before the court. The issues have been decided and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that this case is dismissed.


APPROVED:        s/ C. N. CLEVERT, JR.
                            C. N. CLEVERT, JR.
                            U. S. District Judge

                                                  SOFRON B. NEDILSKY
                                                  Clerk

                      9/16/2005                            s/ M. JONES
                      Date                                (By) Deputy Clerk